```
 ✓ FILED        ___ LODGED
___ RECEIVED   ___ COPY

      MAY 0 2 2008

   CLERK U S DISTRICT COURT
     DISTRICT OF ARIZONA
BY_____ M  DEPUTY
```

Hiawatha Frezzell #195593
Name and Prisoner/Booking Number

Arizona State Prison-Lewis
Place of Confinement

Rast Unit, P.O.Box 3600
Mailing Address

Buckeye, Az. 85326
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Hiawatha Frezzell ,)
(Full Name of Plaintiff)          Plaintiff, )

vs. )

(1) Parole Board of the State of Ohio ,)
(Full Name of Defendant)

(2) John or Jane Doe #1 ,)

(3) John or Jane Doe #2 ,)

(4) John or Jane Doe #3 ,)
                        Defendant(s). )
☐ Check if there are additional Defendants and attach page 1-A listing them. )

CV '08 0844 PHX PGR
(LOA)

CASE NO. _____
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ■ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: Rast Unit-Lewis Complex-Ariz. Dept. of Corrections.

Revised 3/9/07                                    1                                    **550/555**

## B. DEFENDANTS

1. Name of first Defendant: _Parole Board - St. of Ohio_ . The first Defendant is employed as:
   _Parole Board_ at _State of Ohio_ .
   (Position and Title) (Institution)

2. Name of second Defendant: _John or Jane Doe_ . The second Defendant is employed as:
   _Parole Board Member_ at _State of Ohio_ .
   (Position and Title) (Institution)

3. Name of third Defendant: _John or Jane Doe_ . The third Defendant is employed as:
   _Parole Board Member_ at _State of Ohio_ .
   (Position and Title) (Institution)

4. Name of fourth Defendant: _John or Jane Doe_ . The fourth Defendant is employed as:
   _Parole Board Member_ at _State of Ohio_ .
   (Position and Title) (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☑ Yes ☐ No

2. If yes, how many lawsuits have you filed? _1_ . Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____ .
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _Dismissed_

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____ .
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____ .
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D.  CAUSE OF ACTION

### COUNT I

1.  State the constitutional or other federal civil right that was violated: Due Process

2.  **Count I.** Identify the issue involved.  Check **only one.**  State additional issues in separate counts.
- ☐ Basic necessities
- ☐ Mail
- ☐ Access to the court
- ☐ Medical care
- ☐ Disciplinary proceedings
- ☐ Property
- ☐ Exercise of religion
- ☐ Retaliation
- ☐ Excessive force by an officer
- ☐ Threat to safety
- ■ Other: Abuse of Discretion- Arbitrary and Capricious Decision making - Bad Faith - Equal Protection Clause

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

Plaintiff, an inmate currently housed at the Rast Unit of the Lewis Complex, within the Arizona Department of Corrections (hereafter Known as A.D.O.C-L-Rast) Plaintiff is in A.D.O.C-L-Rast due to being on Interstate Compact Service from the Ohio Department of Corrections. As such, plaintiff was transferred to Arizona from Ohio in 1998. Plaintiff was sentenced in Ohio to a sentence of 13 years to 50 years for three burglaries in which non of the residents were at home. About 10 years of incarceration in Ohio, plaintiff was caught up in circumstances beyond his control during a prison riot at the Lucasville Prison in Ohio. During this riot, plaintiff accepted responsibility for two inmates which were beaten but later fully recovered. As contended by plaintiff, he was an unwilling participant in the situation where he was faced with a very volatile situation where inmates had gained control of the prison. During this situation, plaintiff was forced, under the very real threats of death to beat these two inmates. Having the phrase "If your not for us, then your against us" told unto him from a hostile mob with mindsets bent on violence, plaintiff was forced to comply since he had no safety zone in which to retreat. From the onset of the investigation, plaintiff was honest with investigating authorities (state Police) and accepted responsibilities for the role he played in the matter, all with great remorse and sorrow for the victims. After reading a report from the (continued)

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
I was injured in the denial of my rights which if would have been given would have changed the outcome of parole hearing

5.  **Administrative Remedies:**
- a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☒ No
- b.  Did you submit a request for administrative relief on Count I?  ☐ Yes  ☐ No
- c.  Did you appeal your request for relief on Count I to the highest level?  ☐ Yes  ☐ No
- d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. None is available for this situation

3

investigating officer "Carey Sayers", of the then Ohio State Police and taking into account of this officers finding that plaintiff was an unwilling participant in the matter, the Court sentenced to a prison term to run concurrent with his original sentence. With earned good time, plaintiff is very close if not already expired that sentence.

Since the assault convictions, plaintiff has had minimal disciplinary involvement with no felony or misdemeanor history. Plaintiff has shown exemplary behavior where he has successfully completed an array of programming in order to the old self into the plaintiff of today which is a person of constructive mindset and values wanting to form into a positive role model and a productive member of society.

Despite this positive behavior, plaintiff appeared before the Ohio Parole Board on May 3, 2007. This appearance was after recieving and completing a 10 year deferral from the Ohio Parole Board in 1997, for plaintiffs involvement in the riot.

Once again, when plaintiff went before the parole board, the parole board members once again used the riot as the grounds for deferring plaintiff for yet another 10 years, before his next hearing.

Plaintiff contends that statutory language contained within the Ohio Revised Statutes provides plaintiff with a "PROTECTED LIBERTY INTEREST". As such, the boiler plate excuses the Ohio Parole Board has used in deferring plaintiffs parole are an Abuse of Discretion, Arbitrary and Capricious Decision Making, violating the Seperation of Powers in bad faith, as well as violating the Ex Post Facto Clause in violation of the Equal Protection Clauses of the Ohio Revised Statutes, all violating plaintiffs Due Process guarentees.

Plaintiff agrees that he has no absolute right to be granted parole, but the State of Ohio have had long set laws which does grant plaintiff the absolute right to propper consideration, consideration not based on illegal or impropper grounds

3-A

as this group of parole board members have done, with its reliance on the unchanging factors of the riot, of which the sentence has or is close to expiration. The board members, evidence by the "Ohio Parole Board Decision" sheet failed to take into consideration the report of the Ohio State Police Investigating Officer Corey Sayer's, which is part of plaintiff's institutional file which determined plaintiff was an unwilling participant, nor did the members take into account the array of programming certificates which plaintiff has accumulated in his prison file, as neccessary in making a legal and propper decision as to plaintiffs ability to successfully complete parole once granted. Since the riot, plaintiff has done nothing but prepare himself for a successfull completion of parole.

Many Courts have held for many years, that the parole boards use of unchanging factors violate inmates due process rights, especially in instances where inmates have served the minimum term, such as in plaintiffs case. Plaintiff is currently incarcerated for Burglaries. The crimes were property crimes of a non-violent nature where homeowners weren't home. The minimum on plaintiffs sentence was 13 years. To date, plaintiff has served 21 years. The new sentencing structure for the State of Ohio carries an 8 year maximum for those convicted of the same crime in which plaintiff recieved 13 to 50 years. This shows that the State of Ohio imposed an overly harsh sentence upon plaintiff.

For all the above reasons, it is clear that the Ohio Parole Board, in reaching thier decision to defer plaintiffs parole for an additional 10 years have violated many of plaintiffs constitutional rights, only one of which being Due Process.

3-B

## COUNT II

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: _____ _____.

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E. REQUEST FOR RELIEF

State the relief you are seeking:

Order striking the parole boards 2007 decision and ordering parole board to consider all materials available by law in reaching a new decision. All costs in the prosecution of this as well as filing fee.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____4-23-08____
                    DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.